IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN GIL,

    Petitioner,                      No. CIV S-11-0002 EFB (TEMP) P

    vs.

WARDEN MARTEL,

    Respondent.                    ORDER

_____/

        Petitioner, a California state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The application attacks a criminal conviction issued by the New Hampshire Superior Court in Concord, New Hampshire. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Merrimack County, New Hampshire. *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499 n.15 (1973); 28 U.S.C. § 1404(a).

        Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the District of New Hampshire.

DATED: January 11, 2011.

*(signed)* EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE