UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kevin Gil</u>

     v.         Civil No. 11-cv-15-JL

<u>Mule Creek State Prison, Warden</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 22, 2011.

SO ORDERED.

July 12, 2011       _____
             Joseph N. Laplante
             United States District Judge

cc: Kevin Gil, Pro se